United States District Court
Western District of Texas
El Paso Division

| | |
|---|---|
| FLORIBERTO SEBASTIAN RODRIGUEZ,<br>Petitioners,<br><br>v.<br><br>PAMELA BONDI, *Attorney General*, *et al*.,<br>Respondents. | No. EP-26-CV-00292-DB |

**Order**

The Court has considered Federal Respondents' Opposed Motion for an Extension of Time in which to answer or otherwise respond to Petition for A Writ of Habeas Corpus, ECF No. 8, and finds it to be meritorious. The motion is accordingly **GRANTED**.

Respondent shall have until February 11, 2026, to answer or otherwise respond to Petitioner's Petition.

IT IS SO ORDERED.

Signed and entered this 9th day of February 2026.

**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**