**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **FLORIBERTO SEBASTIAN RODRIGUEZ,** | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **EP-26-CV-00292-DB** |
| | § | |
| **PAMELA BONDI**, *Attorney General*, *et al.*, | § | |
| **Respondents.** | § | |

**ORDER**

On this day, the Court considered the above-captioned case. On March 6, 2026, Respondents filed "Respondents' Advisory to the Court," ECF No. 14, notifying the Court a bond hearing was held for Petitioner and the Immigration Judge granted a $1,500 bond.

Accordingly, **IT IS HEREBY ORDERED** the parties **SHALL CONFER AND FILE** a notice informing the Court whether any matters remain to be resolved in this case by **no later than March 16, 2026.**

**SIGNED** this **9th** day of **March 2026**.

**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**