**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **FLORIBERTO SEBASTIAN RODRIGUEZ,** | § | |
| **Petitioner,** | § | |
| | § | **EP-26-CV-00292-DB** |
| v. | § | |
| | § | |
| **PAMELA BONDI**, *Attorney General*, *et al.*, | § | |
| **Respondents.** | § | |

**FINAL JUDGMENT**

On February 25, 2026, this Court issued an "Order," ECF No. 13, granting in part Petitioner Floriberto Sebastian Rodriguez's "Verified Petition for Writ of Habeas Corpus," filed on January 30, 2026. On March 16, 2026, the Parties filed a "Joint Status Report," ECF No. 16, advising the Court the Parties conferred, and no matters remain to be resolved. Because no live issues remain, the Court enters final judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** that District Clerk **SHALL CLOSE** this case.

**SIGNED** this **17th** day of **March 2026**.

**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**